DANIEL J. BRODERICK, Bar #89424
Federal Defender
MARC DAYS, CA Bar #184098
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
LESLIE LEON LEGGETT, II

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | NO. 1:07-cr-00181 OWW |
|---|---|---|
| Plaintiff, | ) ) ) | STIPULATION TO ADVANCE SENTENCING HEARING; AND [PROPOSED] ORDER THEREON |
| v. | ) ) | |
| LESLIE LEON LEGGETT, II, | ) ) | Date:  January 7, 2008 Time:  9:00 A.M. |
| Defendant. | ) ) ) | Judge: Hon. Oliver W. Wanger |

**IT IS HEREBY STIPULATED**, by and between the parties hereto, and through their respective attorneys of record herein, that the sentencing hearing for defendant LESLIE LEON LEGGETT, II, now scheduled for January 14, 2008, **may be advanced to January 7, 2008, at 9:00 a.m.**

DATED: December 21, 2007                                       DATED: December 21, 2007

McGREGOR M. SCOTT                                              DANIEL J. BRODERICK
United States Attorney                                         Federal Public Defender


/s/ Stanley A. Boone                                            /s/ Marc Days
STANLEY A. BOONE                                               MARC DAYS
Assistant United States Attorney                               Assistant Federal Defender
Attorney for Plaintiff                                         Attorney for Defendant
                                                               Leslie Leon Leggett, II

///

///

Stipulation to Advance Sentencing
Hearing; and [Proposed] Order Thereon

**ORDER**

    **IT IS SO ORDERED**.  The sentencing hearing in the above-referenced matter for defendant Leslie Leon Leggett, II, now set for January 14, 2008, **is hereby advanced to January 7, 2008, at 9:00 A.M.**

    IT IS SO ORDERED.

**Dated:**   December 21, 2007            /s/ Oliver W. Wanger
                                               UNITED STATES DISTRICT JUDGE